UNITED STATES of America, Plaintiff–Appellee,

v.

Anaissa Beth GERWALD, a.k.a. Anaizza Gerwald, a.k.a. Ann E. Meraw, a.k.a. Ana Isabel Marraquin, a.k.a. Ana Isabel Garcia, Defendant–Appellant.

No. 15–11172
Non–Argument Calendar.

United States Court of Appeals, Eleventh Circuit.

Sept. 15, 2015.

R. Brian Tanner, Jeffrey J. Buerstatte, James D. Durham, Brian T. Rafferty, Edward J. Tarver, U.S. Attorney's Office, Savannah, GA, Tiffany M. Mallory, U.S. Attorney's Office, Augusta, GA, for Plaintiff–Appellee.

George Asinc, Law Office of Asinc and Associates, Rincon, GA, Anaissa Beth Gerwald, FCI Coleman Medium–Inmate Legal Mail Satellite Camp, Coleman, FL, for Defendant–Appellant.

Before TJOFLAT, ROSENBAUM, and JULIE CARNES, Circuit Judges.

PER CURIAM:

George R. Asinc, appointed counsel for Anaissa Gerwald in this criminal appeal,

has moved to withdraw from further representation of the appellant and has filed a brief pursuant to *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED,** and the revocation of Gerwald's supervised release and her revocation sentence are **AFFIRMED.** Gerwald's motion for appointment of substitute counsel is **DENIED.**